UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>180 BLACKWATER WAY SPRINGFIELD, GEORGIA 31329 AND PERSON OF SHELDON JOHN KENNEDY | CASE NO.<br><br>FILED UNDER SEAL |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-referenced matter, and all process issued thereunder, be sealed until further Order by this Court.

So ORDERED, this 16th day of September 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA