FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 SEP 18 PM 2:48

CLERK_____MBD_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN THE MATTER OF THE SEARCH OF )
)
180 BLACKWATER WAY )
SPRINGFIELD, GEORGIA 31329 AND ) CASE NO. 4:19-mj-073
PERSON OF SHELDON JOHN )
KENNEDY )

## ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the search warrant, criminal complaint and all related filings in the above-referenced matter, and all process issued thereunder, be unsealed.

So ORDERED this 18th day of September 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3